## Commonwealth, to use of Sgarlat et al., Appellants, *v.* Blockberger, Trustee, et al.

Argued November 24, 1936. Before KEPHART, C. J., SCHAFFER, MAXEY, DREW, LINN, STERN and BARNES, JJ.

*Richard B. Sheridan,* with him *George L. Fenner, Granville J. Clark* and *Michael F. McDonald,* for appellants.

*Evan C. Jones,* with him *Robert J. Doran,* for appellees.

PER CURIAM, December 7, 1936:

The precise question involved in this appeal has been determined by our recent cases of *Commonwealth, to use, v. Hartford Acc. & Ind. Co.,* 306 Pa. 513, and *Commonwealth v. R. L. Bonham Co.,* 297 Pa. 514, where it is stated at page 518: "A surety is not liable on the bond unless it appears the unpaid work was done pursuant to the contract the bond purports to cover."

Judgment affirmed at appellants' cost.